## UNITED STATES DISTRICT COURT
### District of Minnesota

Dr. Gregory Sherr

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.  Case Number: 16-cv-3075 ADM/LIB

HealthEast Care System, Dr. Margaret Wallenfriedman, Dr. Mary Beth Dunn, Dr. Richard Gregory, Dr. Stephen Kolar

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants HealthEast Care System, Dr. Margaret Wallenfriedman, Dr. Mary Beth Dunn, Dr. Richard Gregory, and Dr. Stephen Kolar's Motion for Summary Judgment [Docket No. 84] is **GRANTED**; and

2. The First Amended Complaint [Docket No. 15] is **DISMISSED** with prejudice.

Date: 9/10/2019

KATE M. FOGARTY, CLERK

s/Kayla Schnierle
(By)   Kayla Schnierle, Deputy Clerk