IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Dr. Gregory Sherr, | Court File No. 16-cv-03075 ADM/LIB |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| HealthEast Care System, Dr. Margaret Wallenfriedman, Dr. Mary Beth Dunn, Dr. Richard Gregory, Dr. Stephen Kolar, | |
| Defendants. | |

---

Notice is hereby given that Plaintiff Dr. Gregory Sherr hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Order granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's First Amended Complaint, which was entered in this action on the 10th day of September, 2019.

Dated:  October 9, 2019

**SCHAEFER HALLEEN, LLC**

 /s/ *Lawrence P. Schaefer*
Lawrence P. Schaefer (#195583)
Jean M. Boler (#154179)
Peter G. Christian (#392131)
412 South Fourth Street, Suite 1050
Minneapolis, MN  55415
Ph:  612-294-2600
Fx:  612-294-2640
lschaefer@schaeferhalleen.com
jboler@schaeferhalleen.com
pchristian@schaeferhalleen.com

*ATTORNEYS FOR PLAINTIFF*