# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3272

Dr. Gregory Sherr

Appellant

v.

HealthEast Care System, et al.

Appellees

Dr. Jerone D. Kennedy, et al.

---

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-03075-ADM)

---

## MANDATE

In accordance with the opinion and judgment of 06/02/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 22, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit